

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 3:21:21 PM
CHRISTOPHER A. PRINE
Clerk

May 8, 2025

Attn.: Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     Case No. 15-25-00061-CV; *Okonkwo, et al. v. Heiliger, et al.,* In the 15th Court
        of Appeals, Austin, Texas

Dear Mr. Prine:

Due to limited space in the fillable parts of the Docketing Statement, please accept this letter as a submission of supplemental information for our Docketing Statement in this matter.

The full style of the above-referenced case is: *Francisca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her Official Capacity and Fort Bend County v. Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, Deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger and Greater Houston Psychiatric Associates, PLLC.* Please note, Ms. Okonkwo's first name is currently misspelled in the online record. The correct spelling of her name is "Francisca".

Fort Bend County is an Appellant represented by the following counsel:

DEAN G. PAPPAS
State Bar No. 15454375
MARY M. MARKANTONIS
State Bar No. 12986800
LISA M. TEACHEY
State Bar No. 24056416
MARILYN J. ALLEN
State Bar No. 24025225
DEAN G. PAPPAS LAW FIRM, PLLC
8588 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone: (713) 914-6200
Facsimile: (713) 914-6201
dpappas@dgplawfirm.com
mmarkantonis@dgplawfirm.com
lteachey@dgplawfirm.com
mallen@dgplawfirm.com

Greater Houston Psychiatric Associates, PLLC is an Appellee represented by the following counsel:

LAVERNE CHANG
State Bar No. 00783819
SUZAN CARDWELL
State Bar No. 03791300
CARDWELL & CHANG, PLLC
511 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 222-6025
Chang@cardwellchang.com
cardwell@cardwellchang.com

I certify that in accordance with the Certificate of Service in the Docketing Statement, and in addition to serving Counsel for Mr. Heiliger, the Docketing Statement and this letter containing additional information have been served on the above-referenced Counsel for Fort Bend County and Greater Houston Psychiatric Associates, PLLC via eService today, May 8, 2025.

Please do not hesitate to contact our office should you require additional information regarding this matter.

Respectfully submitted,

*/s/ James Z. Brazell*
JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov

ATTORNEY FOR APPELLANT, FRANCISCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY